# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137541

DONNA ALBRIGHT-WHITEHEAD,
            Plaintiff-Appellee,

v

LEO'S CONEY ISLAND,
            Defendant-Appellant.

SC: 137541
COA: 284786
WCAC: 07-000083

_____/

On order of the Court, the application for leave to appeal the September 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

_____
Clerk

1215